# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Rusbin Isael GARCIA-Garcia**<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 25, 2019** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Guatemala, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about June 25, 2019 the defendant Rusbin Isael GARCIA-Garcia was apprehended in Laredo, Texas. After a brief interview it was determined that, Rusbin Isael GARCIA-Garcia was an undocumented alien from Guatemala and subsequently placed under arrest. Further investigation revealed that Rusbin Isael GARCIA-Garcia was previously REMOVED from the United States on April 15, 2019 at Harlingen, Texas. There is no record that Rusbin Isael GARCIA-Garcia has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Juan Arteaga
*Complainant's signature*

Juan Arteaga, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: June 27, 2019

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*